# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158666 & (14)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NAYMON DARNELL STEWART,
      Defendant-Appellant.

SC: 158666
COA: 344724
Wayne CC: 11-011355-FC

_____/

      On order of the Court, the application for leave to appeal the October 16, 2018 order of the Court of Appeals is considered. With regard to the defendant's claim of new evidence, leave to appeal is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). With regard to defendant's request to reissue the judgment of sentence, leave to appeal is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. In all other respects, leave to appeal is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to stay is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019



Clerk

t0624